STATE OF CONNECTICUT *v.* CLINTON SAVAGE

The state of Connecticut's petition for certification for appeal from the Appellate Court, 34 Conn. App. 166 (AC 11964), is denied.

*Leah Hawley,* assistant state's attorney, in support of the petition.

*Sheila Huddelston,* in opposition.

Decided June 9, 1994

RICHARD P. LAWLOR *v.* LOUIS S. GOLDBERG, COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 189 (AC 12141), is denied.

*Thomas P. Heslin,* in support of the petition.

*Alan N. Ponanski,* assistant attorney general, in opposition.

Decided June 9, 1994

STATE OF CONNECTICUT *v.* TRACEY TURMON

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 191 (AC 12232), is denied.

*Jeffrey D. Hutcoe,* in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided June 9, 1994